MARLIN COAL & FUEL CORP., Respondent, v. WILLIAM H. GALLAGHER et al., Defendants, and KEARNS COAL CORPORATION, Appellant.— Order affirmed, with $20 costs and disbursements to the respondent. The reply in this case may be frivolous but we cannot assuredly say that it is. Under the circumstances the order appealed from should be affirmed. Also, under the circumstances the defendant-appellant would be entitled to a discovery and inspection of plaintiff's records. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.; Breitel, J., dissents in the following memorandum: I dissent on the ground that section 255-a of the Civil Practice Act is applicable and mandatory. Plaintiff's proper remedy was to apply for an examination before trial and, perhaps, for an extension of time in which to serve its reply if it lacked sufficient information to supply the details required in a reply that could comply with the statute. [See *post,* p. 783.]

■

EDWARD DILDAY, as Executor of VIRGINIA B. DILDAY, Deceased, Respondent, v. CITY OF NEW YORK et al., Appellants, et al., Defendants.— Order reversed, with $20 costs and disbursements to the appellants, and the motion denied, without prejudice to a renewal of the motion on competent medical proof showing that the death was the result of the accident. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.; Cohn, J., dissents and votes to affirm on the ground that in the circumstances of this case the Special Term properly exercised its discretion in granting this motion. [See *post,* p. 793.]

■

EARL E. KEYES, Appellant, v. B. F. FITCH, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The fact that the plaintiff in this case is a lawyer suing on a note given for compensation for legal services rendered warrants the demand for a bill of particulars as to such services. Present — Peck, P. J., Dore, Cohn, Breitel, and Bastow, JJ.

■

FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estate of LUZ M. NAVAS, Deceased, et al., Respondents, v. PAN AMERICAN WORLD AIRWAYS, INC., Appellant, et al., Defendants.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

WILLIAM A. SLATER et al., as Trustees under the Will of WILLIAM A. SLATER, Deceased, v. GULF, MOBILE AND OHIO RAILROAD COMPANY et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See *ante,* p. 110.]